FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0066

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0066

CITY OF KALISPELL,

      Plaintiff and Appellee,

  v.

SARAH TARESU OLDS,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 20, 2023, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 12 2023